GEORGE E. HUDSON CORPORATION, Respondent, v. C. P. BOLAND & COMPANY, INCORPORATED, and Another, Defendants, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action on a surety bond. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

HAROLD F. JOHNSTON, Respondent, v. J. W. CARTER COMPANY, Owner of DIRECT SHOE COMPANY, a Foreign Corporation of Nashville, Tennessee, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff the balance due for commission on merchandise sold. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

LILLIAN GRZYBOWSKI, Respondent, v. JOHN PETROSSI COMPANY, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff for damages caused by driving an automobile into an excavation. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

WILLIAM J. MOOTZ, Respondent, v. JOHN PETROSSI COMPANY, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff for damages caused by driving an automobile into an excavation. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THOMAS KEARNS, Respondent, v. WILLIAM EISENBERG, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the findings of the jury as to the employment of the plaintiff by the defendant and as to the negligence of the defendant causing the accident are contrary to and against the weight of the evidence. All concur. (The judgment is for plaintiff for damages caused by dropping a barrel from a skid. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

GRACE SMITH, Respondent, v. MARY SMITH, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that there was a contract between the plaintiff and defendant to pay for the board and lodging furnished by the plaintiff to the defendant is against the weight of the evidence. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for affirmance. (The judgment is for plaintiff in an action to recover for board and room. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WALTER HAROLD FINCH, Respondent, v. ARTHUR W. LABAIE and Another, Appellants.— Judgment and order as to defendant LaBaie reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of LaBaie is against the weight of the evidence, and judgment and order otherwise affirmed, with costs. All concur. (The judgment is for plaintiff for damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.